

# Congregation of the
# HANDMAIDS of the HOLY CHILD JESUS
## Ancilla Convent

July 28, 2022

States District Court
For the District of Columbia
333 Constitution Avenue United, NW
Washington, DC

*Leave to file GRANTED 8/24/22*

Dear Judge,

My name is Sister Gloria Mary Agumagu, HHCJ. I am the USA Mission Superior for my religious community, the Congregation of the Hand of the Holy Child Jesus, HHCJ.

I have known Bridget Coates for more than ten years as coworkers within the Archdiocese of Washington and fellow school principal.

Bridget worked with me in the same cohort of principals. She was diligent, and a hard worker in what she does. She was always punctual to work and meetings. She loved her teachers, students, and parents, and would do anything to protect their interest in any capacity she found them in order for them to succeed. Besides serving the children she was willing to support young principals and new teachers. She managed a multicultural school and never in the years I have known her did I hear parents complain about her. On a personal note Ms. Coates was always ready to help me whenever I reached out for help. She was top notch when it came to human relationships, especially in educating the young ones.

While I would never condone her actions of embezzlement, in my opinion, Ms. Coates who has demonstrated great remorse for her actions, would not pose a threat to the community. I can only plead for your lenience in sentencing her and pardon for what she did. All our actions have consequences. In the end Ms. Coates betrayed the trust of the children and parents she spent many years of her life tirelessly and selflessly teaching, serving and protecting. She should be required to refund every penny that she took.

Ms. Coates is not a bad person; far from it. Of all those trusts she betrayed, perhaps her greatest betrayal was to herself; her good character and the values that her parents raised her to follow and honor. However, all of us, I believe, deserve a second chance and I pray that Bridget will be afforded the opportunity to once again prove herself the great educator and compassionate leader that I know and have seen that she really is.

She belongs in the classroom where she has changed and in some cases saved the lives of children who were heading down paths that they may not have returned. We need her back to continue with the work she had always been faithful to until this ugly incident. Her love for the children has been impeccable.

Very truly yours

*Sgd. Agumna*

Sister Gloriamary Agumagu, HHCJ

RECEIVED
Mail Room
AUG - 2 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

3614 Englewood Drive • Pearland, Texas 77584 • Tel: (281) 692-0098 • Fax: (281) 692-0049
email: handmaidsusa@aol.com
www.handmaidsisters.org